Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17417–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Michael Bayles                     Geraldine Marie Bayles
121 Atrium Drive                         121 Atrium Drive
Brick, NJ 08723                          Brick, NJ 08723

Social Security No.:
   xxx–xx–4001                              xxx–xx–1641

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 18 2019 and a confirmation hearing on such Plan has been scheduled for November 5, 2019: 10AM.

The debtor filed a Modified Plan on October 21, 2019 and a confirmation hearing on the Modified Plan is scheduled for December 3, 2019: 10AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 22, 2019
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17417-MBK
Scott Michael Bayles                                                  Chapter 13
Geraldine Marie Bayles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Oct 22, 2019
                              Form ID: 186             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db/jdb         +Scott Michael Bayles,    Geraldine Marie Bayles,    121 Atrium Drive,    Brick, NJ 08723-6279
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
518177835      +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518190961       Brick Township Municipal Utilities Autho.,    1551 Hwy 88 West,    Brick, NJ 08724-2399
518177836      +Brick Utilities,    1551 Highway 88 West,    Brick, NJ 08724-2399
518182178       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
518177846      +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
518177847       Continental Finance Co,    4450 New Linden Hill Rd,    Wilmington, DE 19808
518177848      +Convergent Outsourcing,    800 SW 39th St. Po box 9004,    Renton, WA 98057-9004
518177849      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518177856      +Doody Retrievers, LLC,    20 Mills Ave,    Port Monmouth, NJ 07758-1114
518177857       Drugscan, Inc.,    PO Box 347,    Horsham, PA 19044-0347
518177859      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518177858      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518177860      +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518177861       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
518177863       JCP& L,    P.O. Box 600,    Allenhurst, NJ 07709
518177864       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
518270692      +Jersey Central Power & Light/First Energy,    101 Crawford's Corner Rd,    Bldg. #1 Suite 1-511,
                Holmdel, NJ 07733-1976
518285023       MidFirst Bank,    c/o Wells Fargo Bank, N.A. as servicer,
                Default Doc Processing MAC# N9286-01Y,    1000 Blue Gentian Rd,    Eagan, MN 55121-7700
518177867      +Mosquito Authority,    2200 Gateway Centre Blvd,    Suite 220,    Morrisville, NC 27560-6218
518177868       Myriad Emergency Physicians, LLC,    PO Box 7418,    Philadelphia, PA 19101-7418
518177870      +NJ E-ZPass,    Violation Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518177871      +NJ EZPass,    PO Box 4971,    Trenton, NJ 08650-4971
518308726      +Ocean Medical Center,    CCCB,    POB 1750,    Whitehouse Sta, NJ 08889-1750
518177872     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0187)
518177873       Sunrise Credit Services, Inc,    PO Box 9168,    Farmingdale, NY 11735-9168
518177874       Surge,    PO Box 6812,    Carol Stream, IL 60197-6812
518411921      +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948
518312320      +U.S. Department of Housing and Urban Development,    451 7th Street, S.W.,
                Washington, DC 20410-0002
518200401      +US Dept. of HUD,    451 7th Street SW,    Washington D.C. 20410-0001
518177877       Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
518177878      +Wells Fargo Home Mortgage/Midfirst Bank,    Po Box 9065,    Temecula, CA 92589-9065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518300759       E-mail/Text: ally@ebn.phinsolutions.com Oct 22 2019 23:24:15      Ally Capital,    PO Box 130424,
                Roseville, MN 55113-0004
518177833      +E-mail/Text: ally@ebn.phinsolutions.com Oct 22 2019 23:24:15      Ally Financial,
                Po Box 380901,    Bloomington, MN 55438-0901
518177839      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 23:59:56      Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
518177837      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 23 2019 00:00:55      Capital One,
                Po Box 30285,    Salt Lake City, UT 84130-0285
518177838      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 23:59:56      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518245245      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:13:47
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518177840      +E-mail/Text: bankruptcy@certifiedcollection.com Oct 22 2019 23:25:23
                Certified Credit & Collection,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518177841      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:13      Comenity Bank/Lane Bryant,
                Po Box 182125,    Columbus, OH 43218-2125
518177842      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:13      Comenity Bank/roamans,
                Po Box 182125,    Columbus, OH 43218-2125
518177843      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:14      ComenityCapital/Boscov,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518177844      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:14      ComenityCapital/Boscov,
                Po Box 182120,    Columbus, OH 43218-2120
```

```
District/off: 0312-3          User: admin               Page 2 of 3              Date Rcvd: Oct 22, 2019
                              Form ID: 186              Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518177845       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:14      Comenitycb/serta,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
518177848       +E-mail/Text: convergent@ebn.phinsolutions.com Oct 22 2019 23:25:53      Convergent   Outsourcing,
                 800 SW 39th St. Po box 9004,    Renton, WA 98057-9004
518177850       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 22 2019 23:26:13
                 Credit Collections Services,    725 canton Street,    Norwood, MA 02062-2679
518177853       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:55       Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518177851       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:37:31       Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518177852       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:37:32       Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518177854        E-mail/Text: mrdiscen@discover.com Oct 22 2019 23:24:44      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518177855        E-mail/Text: mrdiscen@discover.com Oct 22 2019 23:24:44      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518177862        E-mail/Text: cio.bncmail@irs.gov Oct 22 2019 23:24:57      Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
518305124        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:38:26       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518182179        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 22 2019 23:38:14       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518177865       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 22 2019 23:37:22       Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518177866       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 22 2019 23:25:32      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
518177869       +E-mail/PDF: pa_dc_claims@navient.com Oct 22 2019 23:38:23      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
518310843        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 23:49:13
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
518255090       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 22 2019 23:25:45      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518299183        E-mail/Text: bnc-quantum@quantum3group.com Oct 22 2019 23:25:25
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
518183126        E-mail/Text: bnc-quantum@quantum3group.com Oct 22 2019 23:25:25
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
518177834        E-mail/PDF: cbp@onemainfinancial.com Oct 22 2019 23:38:07      American General Finance,
                 P. O. Box 742536,    Cincinnati, OH 45274-2536
518191602       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:13:09       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518177875       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:01
                 Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
518292787       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:13:09       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518177876       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:01
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 36

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Oct 22, 2019
                              Form ID: 186             Total Noticed: 68
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab     on behalf of Creditor    MIDFIRST BANK cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York Et Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.     on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Geraldine Marie Bayles bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Scott Michael Bayles bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 8
```