| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SHAPIRO & DENARDO, LLC<br>14000 Commerce Parkway, Ste. B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Attorneys for MidFirst bank | |
| In Re:<br><br>Scott Michael Bayles and Gerald Marie Bayles,<br>Debtors | Case No.: 19-17417<br>Chapter: 13<br>Hearing Date: 11/5/19<br>Judge: MBK |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief ECF No.: 46

Date: 11-4-19

_____
Signature

*rev.8/1/15*