| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 16-016765<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR MIDFIRST BANK | |
|---|---|
| IN RE:<br><br>SCOTT MICHAEL BAYLES AND GERALDINE MARIE BAYLES, DEBTORS | CASE NO.: 19-17417-MBK<br><br>HEARING DATE: DECEMBER 3, 2019<br><br>JUDGE: HONORABLE MICHAEL B. KAPLAN |

## CERTIFICATION OF CONSENT
## REGARDING MOTION FOR RELIEF ECF NO.: 46

I certify that with respect to the Consent Order Resolving Motion for Relief ECF No.: 46 submitted to the Court, the following conditions have been met.

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☑ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/   )

Date: __11-4-19__                                    _____
                                                    Charles G. Wohlrab, Esquire