UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 16-016765
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR MIDFIRST BANK

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

SCOTT MICHAEL BAYLES AND GERALDINE
MARIE BAYLES, DEBTORS

CASE NO.: 19-17417-MBK

JUDGE: HONORABLE MICHAEL B.
KAPLAN

CHAPTER: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for MidFirst Bank, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      Debtors are currently delinquent in post-petition payments to Secured Creditor for the months of July 1, 2019 through October 1, 2019 in the total amount of $9,072.32.

2.      Debtors agree to capitalize the post-petition delinquency outlined in Paragraph one (1), $9,072.32, to be paid to Secured Creditor through the remaining Chapter 13 Plan

3.      Starting November 1, 2019, Debtors agree to maintain all contractually due payments to Secured Creditor, which currently amount to $2,268.08.

4.      Payments should be submitted to the Secured Creditor via Certified Check to the below address:

Wells Fargo Home Mortgage
PO Box 14507
Des Moines, IA 50306

5.      If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.


We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC


_____
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor


_____
William H. Oliver, Jr., Esquire
Attorney for the Debtors

Date: _____11-4-19_____

Date: _____11/4/19_____

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-17417-MBK
Scott Michael Bayles                                                Chapter 13
Geraldine Marie Bayles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Nov 14, 2019
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db/jdb        +Scott Michael Bayles,    Geraldine Marie Bayles,    121 Atrium Drive,   Brick, NJ 08723-6279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Charles G. Wohlrab   on behalf of Creditor   MIDFIRST BANK cwohlrab@LOGS.com,
              njbankruptcynotifications@logs.com
              Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
              York Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
              ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
              York Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Joint Debtor Geraldine Marie Bayles bkwoliver@aol.com,
              R59915@notify.bestcase.com
              William H. Oliver, Jr.   on behalf of Debtor Scott Michael Bayles bkwoliver@aol.com,
              R59915@notify.bestcase.com
                                                                        TOTAL: 8