| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-17417 / MBK

Scott Michael Bayles                                        Petition Filed Date: 04/11/2019
Geraldine Marie Bayles                                      341 Hearing Date: 05/16/2019
                                                            Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/15/2019 | $840.00 | 58624580 | 06/20/2019 | $840.00 | 59519930 | 07/19/2019 | $840.00 | 60274540 |
| 09/03/2019 | $840.00 | 61403730 | 11/26/2019 | $840.00 | 408777 | 12/03/2019 | $1,052.00 | 63724110 |
| 12/10/2019 | $840.00 | 408794 | | | | | | |

**Total Receipts for the Period:  $6,092.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $7,153.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott Michael Bayles | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $774.07 | $0.00 | $0.00 |
| 2 | MERRICK BANK | Unsecured Creditors | $969.18 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ROAMANS | Unsecured Creditors | $471.24 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SERTA | Unsecured Creditors | $4,769.21 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,660.00 | $2,660.00 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION<br>»» 2011 CHEVY CRUZE | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 6 | Brick Township MUA<br>»» P/121 ATRIUM DR/WATER & SEWER | Priority Crediors | $1,160.14 | $0.00 | $1,160.14 |
| 7 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $296.46 | $0.00 | $0.00 |
| 8 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/121 ATRIUM DR/3RD & 4TH MRTGS/CRAM BAL | Unsecured Creditors | $75,689.60 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $444.25 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $431.11 | $0.00 | $0.00 |
| 11 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $7,687.05 | $0.00 | $0.00 |
| 12 | MidFirst Bank<br>»» P/121 ATRIUM DR/1ST MRTG/ORDER 11/25/2019 | Mortgage Arrears | $25,624.43 | $1,463.65 | $24,160.78 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $623.35 | $0.00 | $0.00 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $858.77 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17417 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $529.72 | $0.00 | $0.00 |
| 16 | ALLY CAPITAL<br>»» 2015 CHEVROLET IMPALA/CRAM | Debt Secured by Vehicle | $12,304.00 | $702.80 | $11,601.20 |
| 17 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $615.77 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC | Unsecured Creditors | $460.37 | $0.00 | $0.00 |
| 19 | OCEAN MEDICAL CENTER | Unsecured Creditors | $50.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $447.40 | $0.00 | $0.00 |
| 21 | THE BANK OF NEW YORK MELLON<br>»» NP/18 S ELM ST/1ST MRTG/SV 8/28/19 | Mortgage Arrears<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |
| 22 | MidFirst Bank<br>»» 121 ATRIUM DRIVE/1ST MRTG/AMD ORDER 1/4/20 | Mortgage Arrears | $9,072.32 | $518.21 | $8,554.11 |
| 23 | American General Finance<br>»» P/121 ATRIUM DR/2ND MTG/CRAM $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10016 | ALLY CAPITAL<br>»» Split Claim 2015 CHEVROLET IMPALA/CRAM BAL | Unsecured Creditors | $15,387.07 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/17/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 24 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,153.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $5,760.91 | Current Monthly Payment: | $1,061.00 |
| Paid to Trustee: | $407.48 | Arrearages: | $221.00 |
| Funds on Hand: | $984.61 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**