Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17417–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Michael Bayles | Geraldine Marie Bayles |
| 121 Atrium Drive | 121 Atrium Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
    xxx–xx–4001                                                    xxx–xx–1641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/8/20 at 09:00 AM

to consider and act upon the following:

**70** – Creditor's Certification of Default (related document:66 Order (Generic)) filed by Charles G. Wohlrab on behalf of MIDFIRST BANK. Objection deadline is 03/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Wohlrab, Charles)

Dated: 3/11/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court