**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-17417

Scott & Geraldine Bayles    Judge: MBK

Debtor(s)    4th modified

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 03/24/2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/WHO    Initial Debtor: /s/SB    Initial Co-Debtor: /s/GB

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __490.00__ per __month__ to the Chapter 13 Trustee, starting on __April 1, 2020__ for approximately __24__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 121 Atrium Drive, Brick, NJ  (debtors are in trial loan modification)
Proposed date for completion: 6 months after confirmation

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midfirst Bank - 1st mtg | 121 Atrium Drive, Brick, NJ | $29,186.66 | 0 | arrears not to be paid pending loan modification | $2,244.51 |
| Midfirst Bank - 1st mtg | 121 Atrium Drive, Brick, NJ | post petition arrears $9,072.32 | 0 | arrears not to be paid pending loan modification | |
| Brick Utilities | 121 Atrium Drive, Brick, NJ | $1,160.14 | 0 | $1,160.14 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| American General-2nd mort | 121 Atrium Drive, Brick | $0 discharged in prior ch 7 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| US Dept of Housing -3rd mtg | 121 Atrium Drive, Brick | $11,974.35 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| US Dept of Housing-4th mtg | 121 Atrium Drive, Brick | $63,715.25 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| Ally Financial | 2015 Chevy | $25,684.00 | $11,000.00 | $0 | $11,000.00 | 4.5% | $12,304.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Credit Acceptance | 2013 Chevy Cruz | Unknown | surrendered in full satisfaction of debt/lien |
| The Bank of NY | 18 South Elm Street, Fords, NJ 08863 | Unknown | surrendered in full satisfaction of debt/lien |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| American General - 2nd mortgage | 121 Atrium Drive Brick, NJ | $0 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |
| US Dept of Housing -3rd mtg | 121 Atrium Drive Brick, NJ | $11,974.35 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |
| US Dept of Housing-4th mtg | 121 Atrium Drive Brick, NJ | $63,715.25 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Ally Consumer (Portfolio Recovery) | 2015 Chevy Impala | $25,684.00 | $11,000.00 | $11,000.00 | balance of lien interest above 4.5% rate |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims - William H. Oliver

3) Secured Claim

4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 10/21/2019                        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors have received a trial loan modification decreasing length of chapter 13 plan | part 1c: reflecting Debtors are in a trial loan modification<br>part 4a: reflecting repayment of arrears to state: arrears are not to be paid pending loan modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 03/24/2020                                              /s/Scott Michael Bayles
                                                              Debtor

Date: 03/24/2020                                              /s/Geraldine Marie Bayles
                                                              Joint Debtor

Date: 03/24/2020                                              /s/ William H. Oliver, Jr.
                                                              Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17417-MBK
Scott Michael Bayles                                                      Chapter 13
Geraldine Marie Bayles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Apr 15, 2020
                              Form ID: pdf901          Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
```
db/jdb         +Scott Michael Bayles,    Geraldine Marie Bayles,    121 Atrium Drive,    Brick, NJ 08723-6279
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
518177835      +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518190961       Brick Township Municipal Utilities Autho.,    1551 Hwy 88 West,    Brick, NJ 08724-2399
518177836      +Brick Utilities,    1551 Highway 88 West,    Brick, NJ 08724-2399
518177846      +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
518177847       Continental Finance Co,    4450 New Linden Hill Rd,    Wilmington, DE 19808
518177849      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518177856      +Doody Retrievers, LLC,    20 Mills Ave,    Port Monmouth, NJ 07758-1114
518177857       Drugscan, Inc.,    PO Box 347,    Horsham, PA 19044-0347
518177859      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518177858      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518177860      +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518177861       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
518177863      +JCP& L,    P.O. Box 600,    Allenhurst, NJ 07709
518177864       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
518270692      +Jersey Central Power & Light/First Energy,    101 Crawford’s Corner Rd,    Bldg. #1 Suite 1-511,
                 Holmdel, NJ 07733-1976
518285023       MidFirst Bank,    c/o Wells Fargo Bank, N.A. as servicer,
                 Default Doc Processing MAC# N9286-01Y,    1000 Blue Gentian Rd,    Eagan, MN 55121-7700
518177867      +Mosquito Authority,    2200 Gateway Centre Blvd,    Suite 220,    Morrisville, NC 27560-6218
518177868       Myriad Emergency Physicians, LLC,    PO Box 7418,    Philadelphia, PA 19101-7418
518177870      +NJ E-ZPass,    Violation Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518177871      +NJ EZPass,    PO Box 4971,    Trenton, NJ 08650-4971
518308726      +Ocean Medical Center,    CCCB,    POB 1750,    Whitehouse Sta, NJ 08889-1750
518177872     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0187)
518177873       Sunrise Credit Services, Inc,    PO Box 9168,    Farmingdale, NY 11735-9168
518177874       Surge,    PO Box 6812,    Carol Stream, IL 60197-6812
518411921      +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
518312320      +U.S. Department of Housing and Urban Development,    451 7th Street, S.W.,
                 Washington, DC 20410-0002
518200401      +US Dept. of HUD,    451 7th Street SW,    Washington D.C. 20410-0001
518177877       Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
518177878      +Wells Fargo Home Mortgage/Midfirst Bank,    Po Box 9065,    Temecula, CA 92589-9065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnnotifications@creditacceptance.com Apr 15 2020 23:11:39
                 Credit Acceptance Corporation,    25505 West 12 Mile Road,    Southfield, MI  48034
518300759       E-mail/Text: ally@ebn.phinsolutions.com Apr 15 2020 23:09:51     Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518177833      +E-mail/Text: ally@ebn.phinsolutions.com Apr 15 2020 23:09:51     Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
518182178       E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 23:16:56
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518177839      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 23:17:05     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
518177837      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 23:17:40     Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
518177838      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 23:17:05     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518245245      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 23:16:38
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518177840      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 15 2020 23:12:07
                 Certified Credit & Collection,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518177841      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:04     Comenity Bank/Lane Bryant,
                 Po Box 182125,    Columbus, OH 43218-2125
518177842      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:04     Comenity Bank/roamans,
                 Po Box 182125,    Columbus, OH 43218-2125
518177843      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:04     ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3           User: admin               Page 2 of 3              Date Rcvd: Apr 15, 2020
                               Form ID: pdf901           Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518177844      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:04      ComenityCapital/Boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
518177845      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:05      Comenitycb/serta,
                 Comenity Bank,    Po Box 182125,   Columbus, OH 43218-2125
518177848      +E-mail/Text: convergent@ebn.phinsolutions.com Apr 15 2020 23:12:28      Convergent  Outsurcing,
                 800 SW 39th St. Po box 9004,    Renton, WA 98057-9004
518177849      +E-mail/Text: ebnnotifications@creditacceptance.com Apr 15 2020 23:11:39      Credit Acceptance,
                 25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
518177850      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 15 2020 23:12:42
                 Credit Collections Services,    725 canton Street,   Norwood, MA 02062-2679
518177853      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 23:16:34      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518177851      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 23:17:43      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
518177852      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 23:16:32      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518177854       E-mail/Text: mrdiscen@discover.com Apr 15 2020 23:11:40      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
518177855       E-mail/Text: mrdiscen@discover.com Apr 15 2020 23:11:40      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
518177862       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 15 2020 23:11:52      Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,   P.O. Box 724,   Springfield, NJ 07081
518305124       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:12      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518182179       E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 23:16:55      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518177865      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 23:17:33      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
518177866      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 15 2020 23:12:13      Midland Funding,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
518177869      +E-mail/PDF: pa_dc_claims@navient.com Apr 15 2020 23:17:08      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
518310843       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 23:17:41
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
518255090      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 23:12:23      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518299183       E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 23:12:10
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
518183126       E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 23:12:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
518177834       E-mail/PDF: cbp@onemainfinancial.com Apr 15 2020 23:16:19      American General Finance,
                 P. O. Box 742536,    Cincinnati, OH 45274-2536
518191602      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 23:17:13      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518411921      +E-mail/Text: BKBCNMAIL@carringtonms.com Apr 15 2020 23:11:36
                 The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
518312320      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Apr 15 2020 23:17:03
                 U.S. Department of Housing and Urban Development,    451 7th Street, S.W.,
                 Washington, DC 20410-0002
518200401      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Apr 15 2020 23:17:03      US Dept. of HUD,
                 451 7th Street SW,    Washington D.C. 20410-0001
518177875      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2020 23:09:44
                 Verizon,   500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
518292787      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 23:17:48      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518177876      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2020 23:09:45
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 42

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Apr 15, 2020
                              Form ID: pdf901          Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    MIDFIRST BANK cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Geraldine Marie Bayles
               courtdocs@oliverandlegg.com,  R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 8
```