UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SCOTT MICHAEL BAYLES and GERALDINE MARIE BAYLES,

                Debtors

Case No.: 19-17417

Chapter: 13

Hearing Date: n/a

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: June 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____812.50_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____812.50_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____523_____ per month for ___27___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Michael Bayles  
Geraldine Marie Bayles  
     Debtors

Case No. 19-17417-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 24, 2020  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db/jdb      +Scott Michael Bayles,    Geraldine Marie Bayles,    121 Atrium Drive,    Brick, NJ 08723-6279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth L. Wassall    on behalf of Creditor    MIDFIRST BANK ewassall@logs.com, njbankruptcynotifications@logs.com  
       John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Joint Debtor Geraldine Marie Bayles courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

                                                                                           TOTAL: 8