UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129
courtdocs@oliverandlegg.com

In Re:

SCOTT MICHAEL BAYLES
GERALDINE MARIE BAYLES

Debtors

Case No.: 19-17417

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

## CERTIFICATION OF DEBTORS

We, **SCOTT & GERALDINE BAYLES,** are the debtors in the above-captioned matter, and submit this Certification in support of Motion **APPROVING AND AUTHORIZING FINAL LOAN MODIFICATION** filed by us, by and through counsel, on _____.

1. We have received an offer from Wells Fargo Bank, N.A., which we are accepting. Attached hereto as **"Exhibit A"** is a copy of the Final Loan Modification Agreement prepared by Wells Fargo Bank, N.A. of the real property located at **121 Atrium Drive, Brick, NJ 08723.**
2. The mortgage company advised us that we must have the Court approve the final loan modification.
3. We understand that the Court is not approving the reaffirmation of this debt, but of this loan modification.
4. We are therefore requesting the Court sign an Order approving and authorizing the final loan modification.

We certify under penalty of perjury that the above is true.

Dated: 7/20/2020

_____
SCOTT BAYLES, Debtor

Dated: 7/20/2020

_____
GERALDINE BAYLES, Joint-Debtor