there were arrears on our mortgage and they wanted it applied. However, we had received a permanent modification on our mortgage and there should not be any arrears on our mortgage. The Court should approve our modification soon.

3. We are therefore requesting an Order from the Court that orders the mortgage company to endorse the $10,000.00 check over to us, or in the alternative which names us as Power of Attorney in order to sign Wells Fargo's name to the check so that we can begin doing the repairs on our home.

I certify under penalty of perjury that the above is true.

Dated: 8/5/2020

SCOTT BAYLES