UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on December 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SCOTT MICHAEL BAYLES and GERALDINE
MARIE BAYLES,

                              Debtors

| | |
|---|---|
| Case No.: | 19-17417 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____2_____ is
hereby **ORDERED**.

**DATED: December 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ William H. Oliver, Jr. _____, the applicant, is allowed a fee of $ _____ 562.50 _____ for services rendered and expenses in the amount of $ _____ n/a _____ for a total of $ _____ 562.50 _____ . The allowance shall be payable:

☑        through the Chapter 13 plan as an administrative priority.

❑        outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 553 _____ per month for ___ 21 ___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-17417-MBK

Scott Michael Bayles                                               Chapter 13

Geraldine Marie Bayles
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                     Page 1 of 2

Date Rcvd: Dec 02, 2020          Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com  njbankruptcynotifications@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kathleen M. Magoon | on behalf of Creditor MIDFIRST BANK kmagoon@logs.com  kathleenmagoon@gmail.com |

District/off: 0312-3                     User: admin                          Page 2 of 2
Date Rcvd: Dec 02, 2020                  Form ID: pdf903                       Total Noticed: 1

Rebecca Ann Solarz
                        on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                        on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
                        on behalf of Joint Debtor Geraldine Marie Bayles courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 9