UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**OLIVER & LEGG, LLC**
Attorneys at Law
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
(732) 988-1500 - Fax (732) 775-7404

In Re:

BAYLES, SCOTT & GERALDINE

Debtor(s)

Case No.: 19-17417

Adv. No.:

Hearing Date: n/a

Judge: Michael B. Kaplan

## SUPPLEMENTAL DISCLOSURE OF CHAPTER 13
## DEBTOR'S ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

- Debtor signed a Retainer Agreement on May 1, 2021 for Attorney to represent Debtor in settling the Estate of her aunt Carmen Titolo.

I have not agreed to share compensation with another person(s) unless they are members of my law firm.

Date:  May 4, 2021         /s/ William H. Oliver, Jr.
                           WILLIAM H. OLIVER, JR.