Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−17417−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Michael Bayles                                  Geraldine Marie Bayles
   121 Atrium Drive                                      121 Atrium Drive
   Brick, NJ 08723                                       Brick, NJ 08723

Social Security No.:
   xxx−xx−4001                                           xxx−xx−1641

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 4, 2020.

On May 21, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          June 23, 2021
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 21, 2021
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 19-17417-MBK

Scott Michael Bayles                                                                                      Chapter 13

Geraldine Marie Bayles

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                Page 1 of 4
Date Rcvd: May 21, 2021                          Form ID: 185                             Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| 518177835 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518190961 | | Brick Township Municipal Utilities Autho., 1551 Hwy 88 West, Brick, NJ 08724-2399 |
| 518177836 | + | Brick Utilities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518177846 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518177847 | | Continental Finance Co, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 518177856 | + | Doody Retrievers, LLC, 20 Mills Ave, Port Monmouth, NJ 07758-1114 |
| 518177857 | | Drugscan, Inc., PO Box 347, Horsham, PA 19044-0347 |
| 518177859 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518177858 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518177860 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 518177861 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 518177863 | | JCP& L, P.O. Box 600, Allenhurst, NJ 07709 |
| 518177864 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518270692 | + | Jersey Central Power & Light/First Energy, 101 Crawford's Corner Rd, Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 518285023 | | MidFirst Bank, c/o Wells Fargo Bank, N.A. as servicer, Default Doc Processing MAC# N9286-01Y, 1000 Blue Gentian Rd, Eagan, MN 55121-7700 |
| 518177867 | #+ | Mosquito Authority, 2200 Gateway Centre Blvd, Suite 220, Morrisville, NC 27560-6218 |
| 518177868 | | Myriad Emergency Physicians, LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518177870 | + | NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 518177871 | + | NJ EZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 518308726 | + | Ocean Medical Center, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518177872 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0187 |
| 518177873 | | Sunrise Credit Services, Inc, PO Box 9168, Farmingdale, NY 11735-9168 |
| 518177874 | | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |
| 518177877 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518177878 | + | Wells Fargo Home Mortgage/Midfirst Bank, Po Box 9065, Temecula, CA 92589-9065 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 21 2021 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2021 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: ebnnotifications@creditacceptance.com | May 21 2021 21:33:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518300759 | Email/Text: ally@ebn.phinsolutions.com | | |

Case 19-17417-MBK    Doc 116    Filed 05/23/21    Entered 05/24/21 00:17:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: 185 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | May 21 2021 21:33:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518177833 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | May 21 2021 21:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 518182178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 21 2021 21:57:27 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177838 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | May 21 2021 21:55:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518177839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | May 21 2021 21:55:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518177837 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | May 21 2021 21:56:43 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518245245 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | May 21 2021 21:56:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177840 | + | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | | May 21 2021 21:35:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518177841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 21 2021 21:34:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 518177842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 21 2021 21:34:00 | Comenity Bank/roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 518177844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 21 2021 21:34:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518177843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 21 2021 21:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518177845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 21 2021 21:34:00 | Comenitycb/serta, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 518177848 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | May 21 2021 21:36:00 | Convergent Outsurcing, 800 SW 39th St. Po box 9004, Renton, WA 98057-9004 |
| 518177849 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | May 21 2021 21:33:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518177850 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | May 21 2021 21:37:00 | Credit Collections Services, 725 canton Street, Norwood, MA 02062-2679 |
| 518177851 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 21 2021 21:56:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518177852 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 21 2021 21:55:55 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518177853 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 21 2021 21:55:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518177854 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 21 2021 21:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518177855 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 21 2021 21:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518177862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 21 2021 21:34:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 518305124 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 21 2021 21:56:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182179 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 21 2021 21:55:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177865 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 21 2021 21:55:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | NY 11804-9001 |
| 518177866 | + Email/Text: bankruptcydpt@mcmcg.com | May 21 2021 21:35:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 518177869 | + Email/PDF: pa_dc_claims@navient.com | May 21 2021 21:57:45 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518310843 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 21:56:49 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518255090 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 21:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518183126 | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518299183 | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518177834 | Email/PDF: cbp@onemainfinancial.com | May 21 2021 21:55:47 | American General Finance, P. O. Box 742536, Cincinnati, OH 45274-2536 |
| 518191602 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:56:08 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518411921 | + Email/Text: BKBCNMAIL@carringtonms.com | May 21 2021 21:33:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518312320 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 21 2021 21:55:53 | U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 518200401 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 21 2021 21:55:53 | US Dept. of HUD, 451 7th Street SW, Washington D.C. 20410-0001 |
| 518292787 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:56:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177875 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2021 21:32:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 518177876 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2021 21:32:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: May 21, 2021 | Form ID: 185 | Total Noticed: 68

Date: May 23, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

John R. Morton, Jr.
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Kathleen M Magoon
on behalf of Creditor MIDFIRST BANK kmagoon@logs.com kathleenmagoon@gmail.com

Rebecca Ann Solarz
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
on behalf of Joint Debtor Geraldine Marie Bayles courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William H. Oliver, Jr.
on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 9