**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security     0   Assumption of Executory Contract or Unexpired Lease     0   Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                          Case No.: _____19-17417_____

Scott & Geraldine Bayles                                        Judge: _____MBK_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original                ☒ Modified/Notice Required              Date: _____05/05/2021_____

☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES  ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES  ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES  ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/WHO__     Initial Debtor: _____/s/SB_____     Initial Co-Debtor: _____/s/GB_____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____553.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____June 1, 2021_____ for approximately _____11_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

    ☐ Sale of real property
    Description:
    Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Brick Utilities | 121 Atrium Drive, Brick, NJ | $1,160.14 | 0 | $1,160.14 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| American General-2nd mort | 121 Atrium Drive, Brick | $0 discharged in prior ch 7 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| US Dept of Housing -3rd mtg | 121 Atrium Drive, Brick | $11,974.35 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| US Dept of Housing-4th mtg | 121 Atrium Drive, Brick | $63,715.25 | $314,000.00 | $317,300.00 | $0 | 0% | $0 |
| Ally Financial | 2015 Chevy | $25,684.00 | $11,000.00 | $0 | $11,000.00 | 4.5% | $12,304.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Credit Acceptance | 2013 Chevy Cruz | Unknown | surrendered in full satisfaction of debt/lien |
| The Bank of NY | 18 South Elm Street, Fords, NJ 08863 | Unknown | surrendered in full satisfaction of debt/lien |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Midfirst Bank - 1st Mortgage on property 121 Atrium Drive, Brick, NJ  - regular monthly payment to be made outside the chapter 13 plan as per loan modification agreement.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7:  Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| American General - 2nd mortgage | 121 Atrium Drive Brick, NJ | $0 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |
| US Dept of Housing -3rd mtg | 121 Atrium Drive Brick, NJ | $11,974.35 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |
| US Dept of Housing-4th mtg | 121 Atrium Drive Brick, NJ | $63,715.25 | $314,000.00 | $317,320.00 | 0 | Total amount of the lien, debt discharged in prior chapter 7 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Ally Consumer (Portfolio Recovery) | 2015 Chevy Impala | $25,684.00 | $11,000.00 | $11,000.00 | balance of lien interest above 4.5% rate |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims - William H. Oliver
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 03/24/2020 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors received a final loan modification | part 1c: removing loan modification<br>part 4a: removing 1st mortgage as secured creditor<br>part 4f: adding 1st mortgage to be paid outside of bankruptcy |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 05/05/2ipeline_____        /s/Scott Michael Bayles_____
                                                Debtor

Date: 05/05/2021_____        /s/Geraldine Marie Bayles_____
                                                Joint Debtor

Date: 05/05/2021_____        /s/William H. Oliver, Jr._____
                                                Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-17417-MBK
Scott Michael Bayles                                                   Chapter 13
Geraldine Marie Bayles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: May 21, 2021    Form ID: pdf901    Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| 518177835 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518190961 | | Brick Township Municipal Utilities Autho., 1551 Hwy 88 West, Brick, NJ 08724-2399 |
| 518177836 | + | Brick Utilities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518177846 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518177847 | | Continental Finance Co, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 518177856 | + | Doody Retrievers, LLC, 20 Mills Ave, Port Monmouth, NJ 07758-1114 |
| 518177857 | | Drugscan, Inc., PO Box 347, Horsham, PA 19044-0347 |
| 518177859 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518177858 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518177860 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 518177861 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 518177863 | | JCP& L, P.O. Box 600, Allenhurst, NJ 07709 |
| 518177864 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518270692 | + | Jersey Central Power & Light/First Energy, 101 Crawford's Corner Rd, Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 518285023 | | MidFirst Bank, c/o Wells Fargo Bank, N.A. as servicer, Default Doc Processing MAC# N9286-01Y, 1000 Blue Gentian Rd, Eagan, MN 55121-7700 |
| 518177867 | #+ | Mosquito Authority, 2200 Gateway Centre Blvd, Suite 220, Morrisville, NC 27560-6218 |
| 518177868 | | Myriad Emergency Physicians, LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518177870 | + | NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 518177871 | + | NJ EZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 518308726 | + | Ocean Medical Center, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518177872 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0187 |
| 518177873 | | Sunrise Credit Services, Inc, PO Box 9168, Farmingdale, NY 11735-9168 |
| 518177874 | | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |
| 518177877 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518177878 | + | Wells Fargo Home Mortgage/Midfirst Bank, Po Box 9065, Temecula, CA 92589-9065 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2021 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2021 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | May 21 2021 21:33:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518300759 | | Email/Text: ally@ebn.phinsolutions.com | | |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518177833 | + | Email/Text: ally@ebn.phinsolutions.com | May 21 2021 21:33:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| | | | May 21 2021 21:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 518182178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 21:55:46 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177838 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 21:57:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518177839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 21:57:36 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518177837 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 21:57:36 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518245245 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:56:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177840 | + | Email/Text: bankruptcy@certifiedcollection.com | May 21 2021 21:35:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518177841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 518177842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | Comenity Bank/roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 518177844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518177843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518177845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 21:34:00 | Comenitycb/serta, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 518177848 | + | Email/Text: convergent@ebn.phinsolutions.com | May 21 2021 21:36:00 | Convergent Outsurcing, 800 SW 39th St. Po box 9004, Renton, WA 98057-9004 |
| 518177849 | + | Email/Text: ebnnotifications@creditacceptance.com | May 21 2021 21:33:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518177850 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 21 2021 21:37:00 | Credit Collections Services, 725 canton Street, Norwood, MA 02062-2679 |
| 518177851 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2021 21:56:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518177852 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2021 21:57:38 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518177853 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2021 21:56:45 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518177854 | | Email/Text: mrdiscen@discover.com | May 21 2021 21:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518177855 | | Email/Text: mrdiscen@discover.com | May 21 2021 21:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518177862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2021 21:34:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 518305124 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2021 21:56:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182179 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 21:55:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177865 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 21:56:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

| | | | | |
|---|---|---|---|---|
| | | | | NY 11804-9001 |
| 518177866 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2021 21:35:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 518177869 | + | Email/PDF: pa_dc_claims@navient.com | May 21 2021 21:56:51 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518310843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 21:56:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518255090 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 21:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518183126 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518299183 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 21:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518177834 | | Email/PDF: cbp@onemainfinancial.com | May 21 2021 21:56:37 | American General Finance, P. O. Box 742536, Cincinnati, OH 45274-2536 |
| 518191602 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:57:51 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518411921 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 21 2021 21:33:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518312320 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 21 2021 21:55:53 | U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 518200401 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 21 2021 21:55:53 | US Dept. of HUD, 451 7th Street SW, Washington D.C. 20410-0001 |
| 518292787 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 21 2021 21:57:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177875 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2021 21:33:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 518177876 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2021 21:33:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: May 21, 2021 | Form ID: pdf901 | Total Noticed: 68 |

Date: May 23, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor MIDFIRST BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

John R. Morton, Jr.
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kathleen M Magoon
on behalf of Creditor MIDFIRST BANK kmagoon@logs.com  kathleenmagoon@gmail.com

Rebecca Ann Solarz
on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
on behalf of Joint Debtor Geraldine Marie Bayles courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 9