UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Scott Michael Bayles
Geraldine Marie Bayles

Debtor(s)

Case No.: 19-17417 / MBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of

Exemptions the reason(s) set forth below:

**Amended C filed at Docket #113 claims a wildcard exemption under 522 (d)(5) for each debtor in the amount of $11,134.31 and $11,134.30 respectively. It appears that only the Co Debtor is a beneficiary of her Aunt's estate and therefore ,only she can claim an exemption in asset owned only by her.  Trustee has requested further information regarding the inheritance in the Objection separately filed to the Modified Plan.**

Dated:  June 4, 2021

/s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By:  Mary Krieger, Staff Attorney