UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Scott Michael Bayles
Geraldine Marie Bayles

Debtor(s)

Case No.: 19-17417 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## NOTICE OF LATE FILED UNSECURED CLAIM

Creditor Name:         NEW JERSEY TURNPIKE AUTHORITY

Trustee Claim ID.:     25

Court Claim No.:       22-1

Claimed Amount:        $1,224.97

Date Claim Filed:      07/19/2021

Claims Bar Date:       06/20/2019

Governmental Bar Date: 10/08/2019

Please be advised that a Proof of Claim has been filed by, or on behalf of, the above named creditor, and the bar date for filing claims has passed.

- **The Trustee is not authorized to pay late filed claims.**
- The claim **will not be set up for payment** unless a Motion to Allow Late Filed Claim is filed.
- No funds will be reserved for this creditor.

Date:  7/22/2021

/s/  Albert Russo

Albert Russo
Standing Chapter 13 Trustee