UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:
SCOTT MICHAEL BAYLES
GERALDINE MARIE BAYLES

Debtor

Case No.: 19-17417 MBK

Chapter: 13

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: The minutes of 10/13/21 are amended to correct the lump sum as follows; PLAN CONFIRMED AT $17,336 PAID TO DATE AND $44,819 LUMP SUM PAYMENT BY 11/15/21

_____

Date: 10/15/21

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*