|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on October 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com |  |
| In Re:<br><br>Scott Michael Bayles<br>Geraldine Marie Bayles,<br><br>                              Debtors | Case No.:  19-17417<br><br>Hearing Date:  October 13, 2021 @ 9am<br><br>Chapter: 13<br><br>Judge:  MBK |

## ORDER REDUCING CLAIM #8 OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT TO ZERO

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: October 19, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:    Scott Michael and Geraldine Marie Bayles
Case No.    19-17417

Page 2

This matter having been opened to the Court by William H. Oliver, Jr. and the Law Offices of Oliver & Legg, LLC, attorneys for the Debtors, on an Objection to Claim # 8 of the U.S. Department of Housing and Urban Development, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that:

1. Proof of Claim #8 of U.S. Department of Housing and Urban Development shall be reduced to zero ($0.00); and

2. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.