UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FEDOROFF FIRM, LLC
504 Aldrich Road Ste 2E
Howell, NJ 07731
Phone 732-364-8900
Fax 732-364-6900
VF 8030
Attorney for Debtors

In Re:

SCOTT MICHAEL BAYLES and GERALDINE MARIE BAYLES,

Debtors.

Case No.: 19-17417

Chapter: 13

Judge: MBK

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that  VERA FEDOROFF, ESQ.  will be substituted as attorney of record for  Scott & Geraldine Bayles ,  Debtors  in this case.[1]

Date: 10/20/21

_____
Signature of Former Attorney

Date: 10/20/21

_____
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.