Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17417−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Scott Michael Bayles                    Geraldine Marie Bayles
  121 Atrium Drive                        121 Atrium Drive
  Brick, NJ 08723                         Brick, NJ 08723

Social Security No.:
  xxx−xx−4001                             xxx−xx−1641

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 18, 2021.

Dated: October 18, 2021
JAN: wir

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-17417-MBK
Scott Michael Bayles                                                   Chapter 13
Geraldine Marie Bayles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Oct 18, 2021      Form ID: plncf13      Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| 519260222 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518177835 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518190961 | | Brick Township Municipal Utilities Autho., 1551 Hwy 88 West, Brick, NJ 08724-2399 |
| 518177836 | + | Brick Utilities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518177846 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518177847 | | Continental Finance Co, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 518177856 | + | Doody Retrievers, LLC, 20 Mills Ave, Port Monmouth, NJ 07758-1114 |
| 518177857 | | Drugscan, Inc., PO Box 347, Horsham, PA 19044-0347 |
| 518177859 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518177858 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518177860 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 518177861 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 518177863 | | JCP& L, P.O. Box 600, Allenhurst, NJ 07709 |
| 518177864 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518270692 | + | Jersey Central Power & Light/First Energy, 101 Crawford's Corner Rd, Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 518285023 | + | MidFirst Bank, c/o Wells Fargo Bank, N.A. as servicer, Default Doc Processing MAC# N9286-01Y, 1000 Blue Gentian Rd, Eagan, MN 55121-1663 |
| 518177867 | #+ | Mosquito Authority, 2200 Gateway Centre Blvd, Suite 220, Morrisville, NC 27560-6218 |
| 518177868 | | Myriad Emergency Physicians, LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518177870 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518177871 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519265128 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 518308726 | + | Ocean Medical Center, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518177872 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0187 |
| 518177873 | | Sunrise Credit Services, Inc, PO Box 9168, Farmingdale, NY 11735-9168 |
| 518177874 | | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |
| 518177877 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518177878 | + | Wells Fargo Home Mortgage/Midfirst Bank, Po Box 9065, Temecula, CA 92589-9065 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Oct 18 2021 20:25:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518300759 | | Email/Text: ally@ebn.phinsolutions.com | Oct 18 2021 20:25:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518177833 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 18 2021 20:25:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 518182178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2021 20:32:30 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177838 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518177839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:50 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518177837 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:41 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518245245 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177840 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 18 2021 20:25:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518177841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 518177842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenity Bank/roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 518177844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518177843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518177845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 20:25:00 | Comenitycb/serta, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 518177848 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 18 2021 20:25:00 | Convergent Outsurcing, 800 SW 39th St. Po box 9004, Renton, WA 98057-9004 |
| 518177849 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 18 2021 20:25:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518177850 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 18 2021 20:25:00 | Credit Collections Services, 725 canton Street, Norwood, MA 02062-2679 |
| 518177851 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2021 20:32:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518177852 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2021 20:32:32 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518177853 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2021 20:32:32 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518177854 | | Email/Text: mrdiscen@discover.com | Oct 18 2021 20:25:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518177855 | | Email/Text: mrdiscen@discover.com | Oct 18 2021 20:25:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518177862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2021 20:25:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 518305124 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2021 20:32:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182179 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 19-17417-MBK    Doc 129    Filed 10/20/21    Entered 10/21/21 00:12:50    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518177865 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2021 20:32:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177866 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2021 20:32:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518177870 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 18 2021 20:25:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 518177871 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 18 2021 20:25:00 | NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518177869 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2021 20:25:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 518310843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:52 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518255090 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2021 20:32:42 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518183126 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 20:25:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518299183 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 20:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518177834 | | Email/PDF: cbp@onemainfinancial.com | Oct 18 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518191602 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:29 | American General Finance, P. O. Box 742536, Cincinnati, OH 45274-2536 |
| 518411921 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 18 2021 20:32:44 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518312320 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 18 2021 20:25:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518200401 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 18 2021 20:32:30 | U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 518292787 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:30 | US Dept. of HUD, 451 7th Street SW, Washington D.C. 20410-0001 |
| 518177875 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 20:32:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177876 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 20:25:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| | | | Oct 18 2021 20:25:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 70 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor MIDFIRST BANK kmagoon@logs.com kathleenmagoon@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Geraldine Marie Bayles courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Scott Michael Bayles courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 10