| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-17417 / MBK

Scott Michael Bayles
Geraldine Marie Bayles

Petition Filed Date: 04/11/2019
341 Hearing Date: 05/16/2019
Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $553.00 | 74181700 | 03/01/2021 | $553.00 | 74849850 | 04/28/2021 | $553.00 | 76284800 |
| 05/03/2021 | $553.00 | 76461940 | 05/17/2021 | $553.00 | 76745210 | 06/01/2021 | $553.00 | 77021170 |
| 06/01/2021 | $553.00 | 77083680 | 06/28/2021 | $553.00 | 77693990 | 08/02/2021 | $553.00 | 78450890 |
| 08/30/2021 | $553.00 | 79118400 | 09/21/2021 | $553.00 | 79607450 | 10/25/2021 | $553.00 | 80336900 |
| 12/02/2021 | $560.00 | 81212700 | 01/07/2022 | $560.00 | 81965530 | | | |

**Total Receipts for the Period: $7,756.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,009.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Scott Michael Bayles | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $774.07 | $0.00 | $774.07 |
| 2 | MERRICK BANK | Unsecured Creditors | $969.18 | $0.00 | $969.18 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» ROAMANS | Unsecured Creditors | $471.24 | $0.00 | $471.24 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» SERTA | Unsecured Creditors | $4,769.21 | $0.00 | $4,769.21 |
| 0 | William H. Oliver, Jr., Esq. »» ATTY DISCLOSURE | Attorney Fees | $2,660.00 | $2,660.00 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION »» 2011 CHEVY CRUZE | Debt Secured by Vehicle No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 6 | Brick Township MUA »» P/121 ATRIUM DR/WATER & SEWER | Priority Crediors | $1,160.14 | $0.00 | $1,160.14 |
| 7 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $296.46 | $0.00 | $296.46 |
| 8 | US DEPT OF HOUSING & URBAN DEVELOPMENT »» P/121 ATRIUM DR/3RD & 4TH MRTGS/CRAM BAL/ORDER 10/19/2021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $444.25 | $0.00 | $444.25 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $431.11 | $0.00 | $431.11 |
| 11 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $7,687.05 | $0.00 | $7,687.05 |
| 12 | MidFirst Bank »» P/121 ATRIUM DR/1ST MTG | Mortgage Arrears | $2,777.68 | $2,777.68 | $0.00 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $623.35 | $0.00 | $623.35 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $858.77 | $0.00 | $858.77 |

**Chapter 13 Case No. 19-17417 / MBK**

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 15 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $529.72 | $0.00 | $529.72 |
| 16 | ALLY CAPITAL<br>»» 2015 CHEVROLET IMPALA/CRAM | Debt Secured by Vehicle | $12,304.00 | $8,961.60 | $3,342.40 |
| 17 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $615.77 | $0.00 | $615.77 |
| 18 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $460.37 | $0.00 | $460.37 |
| 19 | OCEAN MEDICAL CENTER | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $447.40 | $0.00 | $447.40 |
| 21 | THE BANK OF NEW YORK MELLON<br>»» NP/18 S ELM ST/1ST MRTG/SV 8/28/19 | Mortgage Arrears<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 22 | MidFirst Bank<br>»» P/121 ATRIUM DR/1ST MTG/AMD ORD 1/4/20/LOAN MOD ORD 10/7/20 | Mortgage Arrears | $983.44 | $983.44 | $0.00 |
| 23 | American General Finance<br>»» P/121 ATRIUM DR/2ND MTG/CRAM $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10016 | ALLY CAPITAL<br>»» 2015 CHEVROLET IMPALA/CRAM BAL | Unsecured Creditors | $15,387.07 | $0.00 | $15,387.07 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/17/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 24 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 6/23/20 | Attorney Fees | $812.50 | $812.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/2/20 | Attorney Fees | $562.50 | $562.50 | $0.00 |
| 25 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADMIN FEES | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | VERA FEDOROFF<br>»» SUB OF ATTY 10/20/21 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $19,009.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $17,173.97 | Current Monthly Payment: | $0.00 |
| Paid to Trustee: | $1,322.07 | Arrearages: | $43,146.00 |
| Funds on Hand: | $512.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at **www.ndc.org** or scan this code to get started.

