| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Scott Michael Bayles<br>Geraldine Marie Bayles | Case No.: 3:2019-bk-17417<br><br>Adversary No.:<br><br>Chapter: 13<br><br>Judge: Chief Judge Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: MidFirst Bank, creditor
(Example: John Smith, creditor)

Old address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/07/2022                                   /s/ Sherry L Crouell
                                                              Signature

*rev.8/1/2021*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | CASE NO.:   19-17417 |
| **Scott Michael Bayles** | CHAPTER:   13 |
| **Geraldine Marie Bayles** | |
| Debtor(s). | |

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 07, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Scott Michael Bayles
121 Atrium Drive
Brick, NJ 08723

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Geraldine Marie Bayles
121 Atrium Drive
Brick, NJ 08723

*Debtor's Attorney:*   *By CM / ECF Filing:*

Vera Fedoroff
Fedoroff Firm, LLC
504 Aldrich Road
Suite 2e
Howell, NJ 07731

*Trustee:*   *By CM / ECF Filing:*

*Trustee:*                      Albert Russo
                                Standing Chapter 13 Trustee
                                CN 4853
                                Trenton, NJ 08650-4853

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)