# UNITED STATES BANKRUPTCY COURT

District of New Jersey

**In re:**
Scott Michael Bayles & Geraldine Marie Bayles

**Case No.:** 1917417

**Chapter:** 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  12-2

Now comes MidFirst Bank, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 09/13/2021. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The Notice is no longer valid due to payment adjustments after the filing of the Notice.

Respectfully submitted,

/s/Anjanee Molock
Execution Date: 02/11/2022

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

P.O. Box 1629

Minneapolis MN 55440-9790

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

Chapter 13 No. 1917417
Judge: Michael B. Kaplan

In re:

Scott Michael Bayles & Geraldine Marie Bayles

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before February 11, 2022 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Scott Michael Bayles & Geraldine Marie Bayles
121 Atrium Drive

Brick NJ 08723

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Vera Fedoroff
Fedoroff Firm, LLC
504 Aldrich Road Suite 2e

Howell NJ 07731

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

Albert Russo
Standing Chapter 13 Trustee
CN 4853

Trenton NJ 08650-4853

/s/Anjanee Molock

VP Loan Documentation

Wells Fargo Bank, N.A.