| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>*FEDOROFF FIRM, LLC*<br>504 Aldrich Road Ste 2E<br>Howell, NJ 07731<br>Phone 732-364-8900<br>Fax 732-364-6900<br>VF 8030<br>Attorney for Debtors | Order Filed on April 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SCOTT M. BAYLES and<br>GERALDINE M. BAYLES,<br><br>          Debtors. | Case No.:    19-17417<br><br>Chapter:    13<br><br>Hearing Date:    4/13/2022<br><br>Judge:    Michael B. Kaplan |

## ORDER MODIFYING PROOF OF CLAIM OF ALLY CAPITAL

The relief set forth on the following page is hereby ORDERED.

**DATED: April 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtors, Scott M. Bayles and Geraldine M. Bayles, by the filing of a Motion to Modify Proof of Claim of Ally Capital., and the Court having considered the Certifications filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown;

IT IS HEREBY ORDERED that the claim of Ally Capital, claim # 16 on the Claims Register, be and hereby is modified to reflect that the amount of the Proof of Claim shall be reduced to a total of $20,934.77, consisting of the amount due as of the petition date of $19,548.96, plus interest of $1,385.81.