| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> *FEDOROFF FIRM, LLC* <br> 504 Aldrich Road Ste 2E <br> Howell, NJ 07731 <br> Phone 732-364-8900 <br> Fax 732-364-6900 <br> VF 8030 <br> Attorney for Debtors | Order Filed on April 28, 2022 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> SCOTT M. BAYLES and <br> GERALDINE M. BAYLES, <br><br> Debtors. | Case No.:  19-17417 <br><br> Chapter:  13 <br><br> Hearing Date:  4/13/2022 <br><br> Judge:  Michael B. Kaplan |

## ORDER MODIFYING PROOF OF CLAIM OF ALLY CAPITAL

The relief set forth on the following page is hereby ORDERED.

DATED: April 28, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtors, Scott M. Bayles and Geraldine M. Bayles, by the filing of a Motion to Modify Proof of Claim of Ally Capital., and the Court having considered the Certifications filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown;

IT IS HEREBY ORDERED that the claim of Ally Capital, claim # 16 on the Claims Register, be and hereby is modified to reflect that the amount of the Proof of Claim shall be reduced to a total of $20,934.77, consisting of the amount due as of the petition date of $19,548.96, plus interest of $1,385.81.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-17417-MBK
Scott Michael Bayles  Chapter 13
Geraldine Marie Bayles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 28, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + | Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 28, 2022 | Form ID: pdf903 | Total Noticed: 2 |

Kathleen M Magoon
    on behalf of Creditor MIDFIRST BANK logsecf@logs.com kathleenmagoon@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
    on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com

Vera Fedoroff
    on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com

TOTAL: 10