Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17417−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Michael Bayles                                   Geraldine Marie Bayles
   121 Atrium Drive                                        121 Atrium Drive
   Brick, NJ 08723                                          Brick, NJ 08723

Social Security No.:
   xxx−xx−4001                                              xxx−xx−1641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/8/23 at 09:00 AM

to consider and act upon the following:

*148* − Motion to Expunge Claims of JCP&L/First Energy and Verizon Filed by Vera Fedoroff on behalf of Geraldine Marie Bayles, Scott Michael Bayles. Hearing scheduled for 2/22/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) (Fedoroff, Vera)

Dated: 1/27/23

                                                                                             Jeanne Naughton
                                                                                             Clerk, U.S. Bankruptcy Court