Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17417−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Michael Bayles         Geraldine Marie Bayles
121 Atrium Drive             121 Atrium Drive
Brick, NJ 08723              Brick, NJ 08723

Social Security No.:
 xxx−xx−4001                 xxx−xx−1641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/8/23 at 09:00 AM

to consider and act upon the following:

*148* − Motion to Expunge Claims of JCP&L/First Energy and Verizon Filed by Vera Fedoroff on behalf of Geraldine Marie Bayles, Scott Michael Bayles. Hearing scheduled for 2/22/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) (Fedoroff, Vera)

Dated: 1/27/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Michael Bayles  
Geraldine Marie Bayles  
    Debtors

Case No. 19-17417-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 27, 2023      Form ID: ntchrgbk      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + | Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnnotifications@creditacceptance.com | Jan 27 2023 20:50:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: ntchrgbk | Total Noticed: 3 |

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
   on behalf of Creditor MIDFIRST BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

John R. Morton, Jr.
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kathleen M Magoon
   on behalf of Creditor MIDFIRST BANK logsecf@logs.com  kathleenmagoon@gmail.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
   on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com

Vera Fedoroff
   on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com

TOTAL: 9