DISTRICT OF NEW JERSEY

IN RE:  SCOTT MICHAEL BAYLES  Chapter 13
GERALDINE MARIE BAYLES  Case Number: 19-17417

**WITHDRAWAL OF PROOF OF CLAIM**

    Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 06/10/2019, marked as claim number 13 on the court's claims register, for the account number ending in 0003, and in the amount of $623.35.

Dated: 02/03/2023

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 6840101Withdraw

0003