DISTRICT OF NEW JERSEY

IN RE:   SCOTT MICHAEL BAYLES                              Chapter 13
         GERALDINE MARIE BAYLES                            Case Number: 19-17417

**WITHDRAWAL OF PROOF OF CLAIM**

    Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 06/10/2019, marked as claim number 14 on the court's claims register, for the account number ending in 0004, and in the amount of $858.77.

Dated: 02/03/2023

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 6840102Withdraw

0004