| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>-----------------------------------------------------------<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>*FEDOROFF FIRM, LLC*<br>504 Aldrich Road Ste 2E<br>Howell, NJ 07731<br>Phone 732-364-8900<br>Fax 732-364-6900<br>VF 8030<br>Attorney for Debtors | Order Filed on March 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SCOTT M. BAYLES and<br>GERALDINE M. BAYLES,<br><br>                    Debtors. | Case No.:          19-17417<br><br>Chapter:              13<br><br>Hearing Date:     3/8/2023<br><br>Judge:          Michael B. Kaplan |

### ORDER EXPUNGING PROOFS OF CLAIM OF
### JCP&L/FIRST ENERGY AND VERIZON

The relief set forth on the following page is hereby ORDERED.

**DATED: March 9, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtors, Scott M. Bayles and Geraldine M. Bayles, by the filing of a *Motion to Expunge Proofs of Claim of JCP&L/First Energy and Verizon,* Vera Fedoroff, Esq. appearing, and the Court having considered the pleadings filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown; it is hereby

**ORDERED** that the following claims be and hereby are expunged:

- Jersey Central Power & Light/First Energy, Claim no. 11, filed on May 28, 2019, in the amount of $7,687.05;
- Verizon, by American InfoSource as agent, Claim no. 13, filed on June 10, 2019, in the amount of $623.35;
- Verizon, by American InfoSource as agent, Claim no. 14, filed on June 10, 2019, in the amount of $858.77.