| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>---------------------------------------------------------<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>*FEDOROFF FIRM, LLC*<br>504 Aldrich Road Ste 2E<br>Howell, NJ 07731<br>Phone 732-364-8900<br>Fax 732-364-6900<br>VF 8030<br>Attorney for Debtors | Order Filed on March 9, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>SCOTT M. BAYLES and<br>GERALDINE M. BAYLES,<br><br>   Debtors. | Case No.:<br><br>Chapter:<br><br>Hearing Date:<br><br>Judge: | 19-17417<br><br>13<br><br>3/8/2023<br><br>Michael B. Kaplan |

### ORDER EXPUNGING PROOFS OF CLAIM OF JCP&L/FIRST ENERGY AND VERIZON

The relief set forth on the following page is hereby ORDERED.

**DATED: March 9, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtors, Scott M. Bayles and Geraldine M. Bayles, by the filing of a *Motion to Expunge Proofs of Claim of JCP&L/First Energy and Verizon,* Vera Fedoroff, Esq. appearing, and the Court having considered the pleadings filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown; it is hereby

**ORDERED** that the following claims be and hereby are expunged:

- Jersey Central Power & Light/First Energy, Claim no. 11, filed on May 28, 2019, in the amount of $7,687.05;

- Verizon, by American InfoSource as agent, Claim no. 13, filed on June 10, 2019, in the amount of $623.35;

- Verizon, by American InfoSource as agent, Claim no. 14, filed on June 10, 2019, in the amount of $858.77.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17417-MBK |
| Scott Michael Bayles | Chapter 13 |
| Geraldine Marie Bayles | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 11, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor MIDFIRST BANK logsecf@logs.com kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com |
| Vera Fedoroff | on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com |

TOTAL: 9