| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-17417 / MBK**

Scott Michael Bayles  
Geraldine Marie Bayles

Petition Filed Date: 04/11/2019  
341 Hearing Date: 05/16/2019  
Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2022 | $560.00 | 81965530 | 02/09/2022 | $560.00 | 82621770 | 03/02/2022 | $560.00 | 83134020 |
| 03/28/2022 | $600.00 | 83617060 | 05/23/2022 | $600.00 | 84791230 | 06/29/2022 | $560.00 | 85545330 |
| 09/06/2022 | $600.00 | 86924080 | 11/21/2022 | $1,120.00 | 88331750 | 02/01/2023 | $600.00 | 89685110 |

**Total Receipts for the Period: $5,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,209.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott Michael Bayles | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $774.07 | $22.77 | $751.30 |
| 2 | MERRICK BANK | Unsecured Creditors | $969.18 | $28.50 | $940.68 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  ROAMANS | Unsecured Creditors | $471.24 | $0.00 | $471.24 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SERTA | Unsecured Creditors | $4,769.21 | $140.28 | $4,628.93 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,660.00 | $2,660.00 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION<br>»»  2011 CHEVY CRUZE | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 6 | Brick Township MUA<br>»»  P/121 ATRIUM DR/WATER & SEWER | Priority Crediors | $1,160.14 | $1,160.14 | $0.00 |
| 7 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $296.46 | $0.00 | $296.46 |
| 8 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/121 ATRIUM DR/3RD & 4TH MRTGS/CRAM BAL/ORDER 10/19/2021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $444.25 | $0.00 | $444.25 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $431.11 | $0.00 | $431.11 |
| 11 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $226.11 | ($226.11) |
| 12 | MidFirst Bank<br>»»  P/121 ATRIUM DR/1ST MTG | Mortgage Arrears | $2,777.68 | $2,777.68 | $0.00 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17417 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: Withdrawn | | | |
| 15 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $529.72 | $15.58 | $514.14 |
| 16 | ALLY CAPITAL<br>»»  2015 CHEVROLET IMPALA/CRAM/ORDER 4/28/2022 | Debt Secured by Vehicle | $12,304.00 | $12,304.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $615.77 | $18.11 | $597.66 |
| 18 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $460.37 | $0.00 | $460.37 |
| 19 | OCEAN MEDICAL CENTER | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $447.40 | $0.00 | $447.40 |
| 21 | THE BANK OF NEW YORK MELLON<br>»»  NP/18 S ELM ST/1ST MRTG/SV 8/28/19 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: Filed Out of Time - NO NOT | | | |
| 22 | MidFirst Bank<br>»»  P/121 ATRIUM DR/1ST MTG/AMD ORD 1/4/20/LOAN MOD ORD 10/7/20 | Mortgage Arrears | $983.44 | $983.44 | $0.00 |
| 23 | American General Finance<br>»»  P/121 ATRIUM DR/2ND MTG/CRAM $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10016 | ALLY CAPITAL<br>»»  2015 CHEVROLET IMPALA/CRAM BAL/ORDER 4/28/2022 | Unsecured Creditors | $8,630.77 | $253.86 | $8,376.91 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/17/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 24 | - | | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 6/23/20 | Attorney Fees | $812.50 | $812.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/2/20 | Attorney Fees | $562.50 | $562.50 | $0.00 |
| 25 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADMIN FEES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: Filed Out of Time | | | |
| 0 | Vera Fedoroff, Esq.<br>»»  SUB OF ATTY 10/20/21 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,209.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $22,381.72 | Current Monthly Payment: | $0.00 |
| Paid to Trustee: | $1,738.23 | Arrearages: | $37,946.00 |
| Funds on Hand: | $89.05 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

