UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WNI 16-016765
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR MIDFIRST BANK

| In Re: | Case No.: 19-17417-MBK |
|---|---|
| SCOTT MICHAEL BAYLES AND GERALDINE MARIE BAYLES, | Judge: HONORABLE MICHAEL B. KAPLAN |
| DEBTORS | Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn (without prejudice)

Matter: <u>Motion to Vacate Automatic Stay</u>    ECF Doc: <u>156</u>

Date:  <u>4-25-2023</u>         */s/Elizabeth L. Wassall*
                              Signature

*rev.8/1/15*