UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Scott Michael Bayles
Geraldine Marie Bayles

Debtor(s)

Case No.: 19-17417 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 5/15/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 5/15/2023

/s/ Debbie Smith

Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott Michael Bayles<br>Geraldine Marie Bayles<br>121 Atrium Drive<br>Brick, NJ   08723 | Debtor(s) | Regular Mail |
| Vera Fedoroff, Esq.<br>FEDOROFF FIRM, LLC<br>504 ALDRICH RD, SUITE 2E<br>HOWELL,  NJ   07731 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |