Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17417–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Michael Bayles                               Geraldine Marie Bayles
121 Atrium Drive                                   121 Atrium Drive
Brick, NJ 08723                                    Brick, NJ 08723

Social Security No.:
  xxx–xx–4001                                      xxx–xx–1641

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/28/23 at 09:00 AM

to consider and act upon the following:

*158* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/29/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 5/26/23

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court