Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−17417−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Michael Bayles                          Geraldine Marie Bayles
121 Atrium Drive                              121 Atrium Drive
Brick, NJ 08723                               Brick, NJ 08723

Social Security No.:
  xxx−xx−4001                                 xxx−xx−1641

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/28/23
Time:       02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Vera Fedoroff, Debtor's Attorney

COMMISSION OR FEES
$9,720.00

EXPENSES
$178.38

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 2, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-17417-MBK |
|---|---|
| Scott Michael Bayles | Chapter 13 |
| Geraldine Marie Bayles | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: 137 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + | Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |
| 518177835 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518190961 | | Brick Township Municipal Utilities Autho., 1551 Hwy 88 West, Brick, NJ 08724-2399 |
| 518177836 | + | Brick Utilities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518177847 | | Continental Finance Co, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 518177856 | + | Doody Retrievers, LLC, 20 Mills Ave, Port Monmouth, NJ 07758-1114 |
| 518177857 | | Drugscan, Inc., PO Box 347, Horsham, PA 19044-0347 |
| 518177860 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 518177863 | | JCP& L, P.O. Box 600, Allenhurst, NJ 07709 |
| 518177868 | | Myriad Emergency Physicians, LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518308726 | + | Ocean Medical Center, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518177872 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0187 |
| 518177878 | + | Wells Fargo Home Mortgage/Midfirst Bank, Po Box 9065, Temecula, CA 92589-9065 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2023 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2023 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 05 2023 21:42:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518300759 | | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2023 21:42:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519260222 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2023 21:53:08 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518177833 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2023 21:42:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 518177846 | | Email/Text: cfcbackoffice@contfinco.com | Jun 05 2023 21:43:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 518177874 | | Email/Text: cfcbackoffice@contfinco.com | Jun 05 2023 21:43:00 | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |

District/off: 0312-3                           User: admin                                    Page 2 of 4
Date Rcvd: Jun 05, 2023                        Form ID: 137                                   Total Noticed: 70

| | | | |
|---|---|---|---|
| 518182178 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2023 22:19:44 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177838 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 21:54:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518177839 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 22:20:06 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518177837 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 21:53:24 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518245245 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2023 21:54:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177840 | + Email/Text: bankruptcy@certifiedcollection.com | Jun 05 2023 21:43:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518177841 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2023 21:43:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 518177842 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2023 21:43:00 | Comenity Bank/roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 518177844 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2023 21:43:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518177843 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2023 21:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518177845 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2023 21:43:00 | Comenitycb/serta, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 518177848 | + Email/Text: convergent@ebn.phinsolutions.com | Jun 05 2023 21:44:00 | Convergent Outsurcing, 800 SW 39th St. Po box 9004, Renton, WA 98057-9004 |
| 518177849 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 05 2023 21:42:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518177850 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 05 2023 21:44:00 | Credit Collections Services, 725 canton Street, Norwood, MA 02062-2679 |
| 518177851 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2023 21:53:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518177852 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2023 21:51:34 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518177853 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2023 22:19:38 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518177854 | Email/Text: mrdiscen@discover.com | Jun 05 2023 21:42:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518177855 | Email/Text: mrdiscen@discover.com | Jun 05 2023 21:42:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518177859 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2023 21:51:41 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518177858 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2023 22:19:34 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518177861 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2023 21:54:20 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 518177862 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2023 21:43:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 518177864 | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 05 2023 21:43:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518270692 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 05 2023 21:43:00 | Jersey Central Power & Light/First Energy, 101 |

District/off: 0312-3                                          User: admin                                              Page 3 of 4
Date Rcvd: Jun 05, 2023                                      Form ID: 137                                              Total Noticed: 70

|  |  |  |  |
|---|---|---|---|
|  |  |  | Crawford's Corner Rd, Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 518305124 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2023 21:54:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182179 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2023 22:19:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177865 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2023 21:53:02 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518285023 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 05 2023 21:51:34 | MidFirst Bank, c/o Wells Fargo Bank, N.A. as servicer, Default Doc Processing MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 518177866 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2023 21:43:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 518177870 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 05 2023 21:42:00 | NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518177871 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 05 2023 21:42:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519265128 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 05 2023 21:42:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 518177869 | + Email/PDF: pa_dc_claims@navient.com | Jun 05 2023 21:53:10 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518310843 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2023 21:54:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518255090 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2023 21:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518183126 | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2023 21:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518299183 | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2023 21:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518177834 | Email/PDF: cbp@onemainfinancial.com | Jun 05 2023 21:53:20 | American General Finance, P. O. Box 742536, Cincinnati, OH 45274-2536 |
| 518177873 | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 05 2023 21:43:00 | Sunrise Credit Services, Inc, PO Box 9168, Farmingdale, NY 11735-9168 |
| 518191602 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2023 22:19:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518411921 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 05 2023 21:42:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518312320 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 05 2023 21:54:18 | U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 518200401 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 05 2023 21:54:18 | US Dept. of HUD, 451 7th Street SW, Washington D.C. 20410-0001 |
| 518292787 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2023 22:20:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177875 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 05 2023 21:42:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 518177877 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 05 2023 21:42:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518177876 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com |  |  |

District/off: 0312-3                         User: admin                                    Page 4 of 4

Date Rcvd: Jun 05, 2023                      Form ID: 137                                    Total Noticed: 70

Jun 05 2023 21:42:00    Verizon Wireless, Attn: Verizon Wireless
                        Bankruptcy Admini, 500 Technology Dr, Ste 550,
                        Weldon Spring, MO 63304-2225

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518177867 | ##+ | Mosquito Authority, 2200 Gateway Centre Blvd, Suite 220, Morrisville, NC 27560-6218 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor MIDFIRST BANK logsecf@logs.com  kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com |
| Vera Fedoroff | on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com |

TOTAL: 9