UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*FEDOROFF FIRM, LLC*
504 Aldrich Road Ste 2E
Howell, NJ 07731
Phone 732-364-8900
Fax 732-364-6900
VF 8030
Attorney for Debtors

Order Filed on June 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-17417 |
| SCOTT M. BAYLES and GERALDINE M. BAYLES, | Chapter: 13 |
| Debtors. | Hearing Date: 06/28/2023 |
| | Judge: Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>FEDOROFF FIRM, LLC</u>, the applicant, is allowed a fee of **$9,720.00** for services rendered and expenses in the amount of **$178.38**, for a total of **$9,898.38**. The allowance is payable:

☐    through the Chapter 13 plan as an administrative priority.

X    outside the plan.

The Debtor's attorney is holding the sum of <u>$1,275.00</u> in trust and shall apply same to the Debtor's account, thereby reducing the Debtor's balance to <u>$8,623.38</u>.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.