| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>*FEDOROFF FIRM, LLC*<br>504 Aldrich Road Ste 2E<br>Howell, NJ 07731<br>Phone 732-364-8900<br>Fax 732-364-6900<br>VF 8030<br>Attorney for Debtors | Order Filed on June 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>SCOTT M. BAYLES and<br>GERALDINE M. BAYLES,<br><br>Debtors. | Case No.:<br><br>Chapter:<br><br>Hearing Date:<br><br>Judge: | 19-17417<br><br>13<br><br>06/28/2023<br><br>Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 29, 2023**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>FEDOROFF FIRM, LLC</u>, the applicant, is allowed a fee of **$9,720.00** for services rendered and expenses in the amount of **$178.38**, for a total of **$9,898.38**. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

X   outside the plan.

The Debtor's attorney is holding the sum of $1,275.00 in trust and shall apply same to the Debtor's account, thereby reducing the Debtor's balance to $8,623.38.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Michael Bayles  
Geraldine Marie Bayles  
    Debtors

Case No. 19-17417-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 29, 2023     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + | Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 29, 2023 Form ID: pdf903 Total Noticed: 2

Kathleen M Magoon
    on behalf of Creditor MIDFIRST BANK logsecf@logs.com kathleenmagoon@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
    on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com

Vera Fedoroff
    on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com

TOTAL: 9