**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott Michael Bayles<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4001<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | Geraldine Marie Bayles<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1641<br>EIN    __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number: 19–17417–MBK

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Michael Bayles                    Geraldine Marie Bayles

9/26/23                                              **By the court:** Michael B. Kaplan
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-17417-MBK

Scott Michael Bayles  Chapter 13

Geraldine Marie Bayles

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Sep 26, 2023  Form ID: 3180W  Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Michael Bayles, Geraldine Marie Bayles, 121 Atrium Drive, Brick, NJ 08723-6279 |
| aty | + | Vera Fedoroff, Fedoroff Firm LLC, 504 Aldrich Road, Suite 2E, Howell, NJ UNITED STATES 07731-1939 |
| 518177835 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518190961 | | Brick Township Municipal Utilities Autho., 1551 Hwy 88 West, Brick, NJ 08724-2399 |
| 518177836 | + | Brick Utilities, 1551 Highway 88 West, Brick, NJ 08724-2399 |
| 518177847 | | Continental Finance Co, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 518177856 | + | Doody Retrievers, LLC, 20 Mills Ave, Port Monmouth, NJ 07758-1114 |
| 518177857 | | Drugscan, Inc., PO Box 347, Horsham, PA 19044-0347 |
| 518177860 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 518177863 | | JCP& L, P.O. Box 600, Allenhurst, NJ 07709 |
| 518177868 | | Myriad Emergency Physicians, LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518308726 | + | Ocean Medical Center, CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 518177872 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0187 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2023 22:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2023 22:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2023 22:12:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518300759 | | EDI: GMACFS.COM | Sep 27 2023 01:22:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519260222 | + | EDI: AISACG.COM | Sep 27 2023 01:28:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518177833 | + | EDI: GMACFS.COM | Sep 27 2023 01:22:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 518177846 | | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2023 22:13:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 518177874 | | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2023 22:13:00 | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |
| 518182178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 19-17417-MBK    Doc 176    Filed 09/28/23    Entered 09/29/23 00:15:22    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | Sep 26 2023 22:18:08 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177838 | + EDI: CAPITALONE.COM | Sep 27 2023 01:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518177839 | + EDI: CAPITALONE.COM | Sep 27 2023 01:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518177837 | + EDI: CAPITALONE.COM | Sep 27 2023 01:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518245245 | + EDI: AIS.COM | Sep 27 2023 01:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177840 | + Email/Text: bankruptcy@certifiedcollection.com | Sep 26 2023 22:13:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518177841 | + EDI: WFNNB.COM | Sep 27 2023 01:28:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 518177842 | + EDI: WFNNB.COM | Sep 27 2023 01:28:00 | Comenity Bank/roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 518177844 | + EDI: WFNNB.COM | Sep 27 2023 01:28:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518177843 | + EDI: WFNNB.COM | Sep 27 2023 01:28:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518177845 | + EDI: WFNNB.COM | Sep 27 2023 01:28:00 | Comenitycb/serta, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 518177848 | + EDI: CONVERGENT.COM | Sep 27 2023 01:28:00 | Convergent Outsurcing, 800 SW 39th St. Po box 9004, Renton, WA 98057-9004 |
| 518177849 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2023 22:12:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518177850 | + EDI: CCS.COM | Sep 27 2023 01:28:00 | Credit Collections Services, 725 canton Street, Norwood, MA 02062-2679 |
| 518177851 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2023 22:18:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518177852 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2023 22:18:18 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518177853 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2023 22:18:10 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518177854 | EDI: DISCOVER.COM | Sep 27 2023 01:28:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518177855 | EDI: DISCOVER.COM | Sep 27 2023 01:28:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518177859 | + EDI: AMINFOFP.COM | Sep 27 2023 01:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518177858 | + EDI: AMINFOFP.COM | Sep 27 2023 01:28:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518177861 | EDI: AMINFOFP.COM | Sep 27 2023 01:28:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 518177862 | EDI: IRS.COM | Sep 27 2023 01:28:00 | Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 518177864 | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 26 2023 22:13:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518270692 | + Email/Text: BankruptcyEast@firstenergycorp.com | Sep 26 2023 22:13:00 | Jersey Central Power & Light/First Energy, 101 Crawford's Corner Rd, Bldg. #1 Suite 1-511, |

Case 19-17417-MBK    Doc 176    Filed 09/28/23    Entered 09/29/23 00:15:22    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | | Holmdel, NJ 07733-1976 |
| 518305124 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 22:18:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518182179 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2023 22:18:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518177865 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2023 22:18:10 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518285023 | + EDI: WFFC2 | Sep 27 2023 01:28:00 | MidFirst Bank, c/o Wells Fargo Bank, N.A. as servicer, Default Doc Processing MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 518177866 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 22:13:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 518177870 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 26 2023 22:12:00 | NJ E-ZPass, Violation Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518177871 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 26 2023 22:12:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519265128 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 26 2023 22:12:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 518177869 | + EDI: NAVIENTFKASMSERV.COM | Sep 27 2023 01:28:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518310843 | EDI: PRA.COM | Sep 27 2023 01:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518255090 | + EDI: JEFFERSONCAP.COM | Sep 27 2023 01:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518183126 | EDI: Q3G.COM | Sep 27 2023 01:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518299183 | EDI: Q3G.COM | Sep 27 2023 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518177834 | EDI: AGFINANCE.COM | Sep 27 2023 01:22:00 | American General Finance, P. O. Box 742536, Cincinnati, OH 45274-2536 |
| 518177873 | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 26 2023 22:13:00 | Sunrise Credit Services, Inc, PO Box 9168, Farmingdale, NY 11735-9168 |
| 518191602 | + EDI: AIS.COM | Sep 27 2023 01:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518411921 | + Email/Text: BKBCNMAIL@carringtonms.com | Sep 26 2023 22:12:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518312320 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 26 2023 22:18:12 | U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 518200401 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 26 2023 22:18:12 | US Dept. of HUD, 451 7th Street SW, Washington D.C. 20410-0001 |
| 518292787 | + EDI: AIS.COM | Sep 27 2023 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177875 | + EDI: VERIZONCOMB.COM | Sep 27 2023 01:22:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 518177877 | EDI: VERIZONCOMB.COM | Sep 27 2023 01:22:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518177876 | + EDI: VERIZONCOMB.COM | Sep 27 2023 01:22:00 | Verizon Wireless, Attn: Verizon Wireless |

Case 19-17417-MBK    Doc 176    Filed 09/28/23    Entered 09/29/23 00:15:22    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 3180W | Total Noticed: 70 |

| 518177878 | + EDI: WFFC.COM | | Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
|---|---|---|---|
| | | Sep 27 2023 01:28:00 | Wells Fargo Home Mortgage/Midfirst Bank, Po Box 9065, Temecula, CA 92589-9065 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518177867 | ##+ | Mosquito Authority, 2200 Gateway Centre Blvd, Suite 220, Morrisville, NC 27560-6218 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor MIDFIRST BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kathleen M Magoon | on behalf of Creditor MIDFIRST BANK logsecf@logs.com kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Joint Debtor Geraldine Marie Bayles vf@legalmattersnj.com |
| Vera Fedoroff | on behalf of Debtor Scott Michael Bayles vf@legalmattersnj.com |

TOTAL: 9