Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17417–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Michael Bayles | Geraldine Marie Bayles |
| 121 Atrium Drive | 121 Atrium Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
xxx–xx–4001                                              xxx–xx–1641

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 30, 2023                    Michael B. Kaplan
                                                                  Judge, United States Bankruptcy Court